No. 18,321.

COLORADO STATE BOARD OF EXAMINERS OF ARCHITECTS, ET AL. *v.* JAMES EARL REAGAN.

(315 P. [2d] 201)

Decided September 9, 1957.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK E. HICKEY, Deputy, Mrs. PATRICIA H. MALOY, Assistant, Mr. SAMUEL R. FREEMAN, Assistant, for plaintiffs in error.

Messrs. DONALDSON, HOFFMAN & GOLDSTEIN, for defendant in error.

*En Banc.*

MR. JUSTICE SUTTON delivered the opinion of the Court.

THIS action is identical upon the facts and the procedure followed in *Colorado State Board of Examiners of Architects, et al. v. Marshall,* No. 18,316, decided this date.

For the reasons therein stated this writ of error is dismissed.

MR. JUSTICE HOLLAND and MR. JUSTICE DAY not participating.